UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22009-CIV-JORDAN

MERYL LANSON )
)
    Plaintiff )
)
vs. )
)
THE HONORABLE JERI BETH COHEN, )
Circuit Judge )
)
    Defendant )
_____ )

## ORDER

This case will be dismissed without prejudice under Rule 4(m) unless service of process is effected, and proof of service filed, by November 15, 2008.

Done and ordered in chambers at Miami, Florida, this 15th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

copy to Meryl Lanson, pro se, 18652 Ocean Mist Drive, Boca Raton, FL 33498