UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22009-CIV-JORDAN

| | |
|---|---|
| MERYL M. LANSON | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| HONORABLE JERI BETH COHEN, | ) |
| Individually, and as Judge for the 11th | ) |
| Circuit Court in and for Miami-Dade | ) |
| County, Florida | ) |
| _____ | ) |

### ORDER

Ms. Lanson's motion for disqualification [D.E. 8] is DENIED. As an initial matter, I denied Ms. Lanson's motion to disqualify in Case No. 07-60770-Civ-Jordan, finding the motion to be "legally and factually frivolous." *See* Order Denying Motion to Disqualify [D.E. 22], *In re Baron's Stores, Inc.*, Case No. 07-60770-Civ-Jordan. The fact that I told Ms. Lanson and counsel for the other appellants that th emotion to disqualify was frivolous does not warrant disqualification under 28 U.S.C. § 455(a). I only transferred the case to Judge Altonaga as a matter of discretion so that Ms. Lanson could not later complain if the case was decided adversely to her. *See id.*, Order of Transfer [D.E. 8].

DONE and ORDERED in chambers in Miami, Florida, this 16th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

cc:   Counsel of record
      Meryl Lanson, pro se
      18652 Ocean Mist Drive
      Boca Raton, FL 33498