UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-22009-CIV-JORDAN

| | |
|---|---|
| MERYL M. LANSON | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| HONORABLE JERI BETH COHEN, | ) |
| Individually, and as Judge for the 11th | ) |
| Circuit Court in and for Miami-Dade | ) |
| County, Florida | ) |
| _____ | ) |

**ORDER**

On October 8, 2008, I granted Judge Cohen's motion to dismiss on the merits, while noting that Ms. Lanson had not responded to the motion [D.E. 6].  On October 9, 2008, Ms. Lanson filed an unopposed motion for an extension of time to file a response to the motion to dismiss [D.E. 7], and on October 14, 2008, she filed a motion to vacate the order of dismissal [D.E. 11].  Ms. Lanson's motions are GRANTED.  The order of dismissal is VACATED, and Ms. Lanson has until November 3, 2008, to file her response to the motion to dismiss.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

cc:    Counsel of record
       Meryl Lanson, pro se
       18652 Ocean Mist Drive
       Boca Raton, FL 33498